1082

**NEW YORK TRAP ROCK CORPORATION, Libelant-Appellee, v. THE Tug D. T. L. NO. I, Her Engines, etc., THE Motor Tug HAAKONSEN NO. 2, Inc., Claimant-Appellant, Daniel R. Row Towing & Transportation Co., Inc., Respondent-Appellee, P. Sanford Ross, Inc., Respondent-Impleaded-Appellee.**

No. 301.

Circuit Court of Appeals, Second Circuit.

April 4, 1932.

Otto & Lyon, of New York City (Henry E. Otto, of New York City, of counsel), for appellant.

Alexander, Ash & Jones, of New York City (Edward Ash and Lawson R. Jones, both of New York City, of counsel), for respondent-impleaded-appellee.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for respondent-appellee.

Frederick W. Park, of New York City, for appellee New York Trap Rock Corp.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**NEW YORK TRAP ROCK CORPORATION, as Owner of THE Scow EDNA, Libelant-Appellee, v. THE Steam Tug S. L. CROSBY, Cornell Steamboat Company, Claimant-Appellant, and THE Dredge LAKE ELLENDALE, National Dredging Company, Claimant-Appellee.**

No. 364.

Circuit Court of Appeals, Second Circuit.

Decided May 2, 1932.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellant.

Frederick W. Park, of New York City, for libelant-appellee.

Bigham, Englar, Jones & Houston, of New York City (Charles A. Van Hagen, Jr., of New York City, of counsel), for claimant-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**OIL WELL SUPPLY COMPANY, Substituted in the Place and Stead of Daniel G. Tomlinson, Appellant, v. Robert BROMBERG, as Trustee of J. R. M. Kimball, Doing Business as COMMUNITY MONARCH PETROLEUM COMPANY OF CALIFORNIA, Bankrupt, Appellee.**

No. 6840.

Circuit Court of Appeals, Ninth Circuit.

May 12, 1932.

Cressaty & Elstein, of Los Angeles, Cal., for appellant.

Raphael Dechter and Joseph Rifkind, both of Los Angeles, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, consented to by counsel for appellee, ordered appeal herein dismissed; mandate forthwith.